IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IN RE H&R BLOCK SECURITES LITIGATION | ) ) ) ) JUDGMENT IN A CIVIL CASE ) ) ) Case No. 06-0236-CV-W-ODS ) ) ) ) ) |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_ **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED granting Defendants' Motion to Dismiss.**

PATRICIA L. BRUNE, Clerk

DATE: 02/19/2008

/s/ Eva Will-Fees
Eva Will-Fees, Courtroom Deputy