IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE H&R BLOCK SECURITIES LITIGATION, | ) ) ) | Case No. 06-0236-CV-W-ODS |

ORDER DISMISSING CASE

Derivative Plaintiffs Ironworkers Local 16 Pension Fund and Momentum Partners' Consolidated Complaint is due April 19, 2010. The Court has received the attached letter from Iron Workers' counsel stating that much of the challenged conduct has been remedied by Defendants and that Iron Workers and Momentum Partners instructed their clients not to pursue this action any further. Pursuant to this letter, the Court dismisses Plaintiffs' action in full against Defendants. No claims are left pending.
IT IS SO ORDERED.

DATE: April 15, 2010

/s/ Ortrie D. Smith
ORTRIE D. SMITH, JUDGE
UNITED STATES DISTRICT COURT